Argued September 19, affirmed September 19, 1972

## STATE OF OREGON, *Respondent*, *v.* DANNY RAY CALLAHAN (No. 38104), *Appellant.*

500 P2d 1216

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Doyle L. Schiffman,* District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Stephen H. Miller, Deputy District Attorney, Roseburg.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

AFFIRMED FROM THE BENCH.